## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA ISAURA MEJIA<br><br>     Plaintiff,<br><br>v.<br><br>CAPITAL CONSTRUCTION ENTER-PRISES, INC., et al.<br><br>     Defendants. | Case No. 1:22-cv-00482-APM |

## JOINT STATUS REPORT RE: STATUS OF MEDIATION

The parties are now scheduled to appear for mediation in front of Judge Teel on July 20, 2022. Accordingly, the parties ask that they be allowed until July 30, 2022 to complete mediation. Should the parties reach a settlement before mediation, the parties will promptly inform the Court.

Date: June 17, 2022

Respectfully submitted,

/s/ Justin Zelikovitz
JUSTIN ZELIKOVITZ, #986001
DCWAGELAW
519 H Street NW
Washington, DC 20001
Phone: (202) 803-6083
Fax: (202) 683-6102
justin@dcwagelaw.com

*Counsel for Plaintiff*

2

/s/ Jennifer L. Curry, Esq.
JENNIFER L. CURRY, #1001585
BAKER, DONELSON, BEARMAN, CALDWELL &
BERKOWITZ
100 Light Street, 19th Floor
Baltimore, MD 21202
Phone: (410) 862-1183
Fax: (410) 547-0699
jcurry@bakerdonelson.com

*Counsel for Defendants*