IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA ISAURA MEJIA<br><br>    Plaintiff,<br><br>v.<br><br>CAPITAL CONSTRUCTION ENTERPRISES, INC., *et al.*<br><br>    Defendants. | Case No. 1:22-cv-00482-APM |

## STIPULATION OF DISMISSAL

Pursuant to Fed R. Civ. P. 41, the parties hereby stipulate to the dismissal of this action with prejudice, Plaintiff to bear her own costs and attorney's fees.

| | |
|---|---|
| July 14, 2022 | Respectfully submitted, |
| **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.** | **DCWageLaw** |
| By: /s/ Jennifer L. Curry<br>JENNIFER L. CURRY, # 1001585<br>100 Light Street, 19th Floor<br>Baltimore, MD 21202<br>Phone: (410) 862-1183<br>Fax: (410) 547-0699<br>jcurry@bakerdonelson.com | By: /s/ Justin Zelikovitz<br>JUSTIN ZELIKOVITZ, #986001<br>519 H Street NW<br>Washington, DC 20001<br>Phone: (202) 803-6083<br>Fax: (202) 683-6102<br>justin@dcwagelaw.com |
| *Counsel for Defendants* | *Counsel for Plaintiff* |